## CHARLES E. GILLETT VS. AUGUSTUS ARNT.

TIME to plead will not run while an irregular default stands against the defendant.
*Saginaw Circuit Court, June* 1, 1869.

Motion to set aside default, for not pleading, for irregularity.

Suit commenced by declaration—declaration filed and rule to plead entered January 9, 1869—delivered to sheriff for service, March 19, 1869; and defendant's default for not pleading entered the same day—March 24, declaration and notice of rule served. April 16, second default entered. May 14, affidavit of merits made, and that defendant did not sooner know of second default.

*D. W. C. Gage,* for Plaintiff.

*D. W. Perkins,* for Defendant.

SUTHERLAND, *Judge.* — The first default was irregular. It was, however, waived, by service of declaration afterwards; but the defendant was not obliged to act upon such an implied waiver; he was justified in waiting until the plaintiff should expressly waive it; and the plaintiff could not regularly enter a second default, without giving the defendant twenty days to plead, when no default stood against him.

Default set aside without terms.